**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Keith Smith, | ) |
| Petitioner, | ) No. CV-05-3207-PHX-PGR (MEA) |
| vs. | ) ORDER |
| Adult Probation Department, et al., | ) |
| Respondents. | ) |

IT IS ORDERED that the petitioner's Motion to Expand Time Frame After Expiration Date (doc. #41) is granted to the extent that the petitioner shall file his objections to the Magistrate Judge's Report and Recommendation (doc. #40) no later than **June 11, 2007**.

IT IS FURTHER ORDERED that the Clerk of the Court shall mail the petitioner a copy of the docket sheet of this action.

DATED this 7th day of May, 2007.

Paul G. Rosenblatt
United States District Judge