**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Keith Smith,<br><br>        Petitioner,<br>vs.<br><br>Adult Probation Department, et al.,<br><br>        Respondents. | No. CV-05-3207-PHX-PGR (MEA)<br><br>ORDER |

Pending before the Court is the Report and Recommendation of Magistrate Judge Aspey, wherein he recommends that the petitioner's Amended Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 be dismissed. Having considered the Report and Recommendation *de novo* in light of the Petitioner['s] Object[ions] to the Magistrate's Report and Recommendation (doc. #43), the Court finds that the objections should be overruled and that the Magistrate Judge's recommendation should be adopted.

First, the petitioner's claim in his amended petition that his 2003 probation violation proceeding violated his constitutional rights is moot because he has not established that any sufficient collateral consequences attached to the state court's decision that he had violated a term of his probation given that no additional punishment, requirements, or sanctions were imposed on him  - rather,

the state court simply reinstated him on the lifetime probation he was already on with conditions identical to those originally imposed.

Second, even if it were not moot, the petitioner's claim that his due process rights were violated by the admission of hearsay in his probation revocation proceeding must be denied on its merits because the Arizona Court of Appeals' decision concluding that his due process rights were not violated was not clearly contrary to established federal law.

Third, the petitioner's remaining claims in his amended petition, which allege various violations of his constitutional rights based on the fact that he was then serving a term of civil commitment under Arizona's Sexually Violent Persons Act at the same time he was subject to lifetime probation for his criminal conviction, are moot because he was absolutely and unconditionally discharged from his civil commitment shortly after his amended petition was filed. Therefore,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #40) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that the petitioner's Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (doc. #12) is denied and that this action is dismissed. The Clerk of the Court shall enter judgment accordingly.

DATED this 10th day of March, 2008.

Paul G. Rosenblatt
United States District Judge